UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, et al., | ) ) ) Case No. 08 CV 6058 |
| Plaintiffs, | ) ) |
| v. | ) Judge Castillo ) |
| RFM ENTERPRISES, INC. an Illinois corporation doing business as NEWGROM CONSTRUCTION CO., | ) Magistrate Nolan ) ) ) |
| Defendants. | ) ) |

## PLAINTIFFS' MOTION FOR ENTRY OF FINAL JUDGMENT

Plaintiffs, the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION

FUND, ET AL. (collectively "Trust Funds"), by their attorney Kevin P. McJessy, hereby move

this Court pursuant to Federal Rules of Civil Procedure 55(b) to enter a judgment against RFM

ENTERPRISES, INC., an Illinois corporation doing business as NEWGROM

CONSTRUCTION CO. ("Defendant"). In support of their motion, Plaintiffs state as follows:

1. The Trust Funds filed a complaint against the Defendant under ERISA for

collection of unpaid contributions, interest, and liquidated damages, and for attorneys' fees and

auditors' fees pursuant to ERISA, the collective bargaining agreements, and the trust agreements.

2. On October 28, 2008, the Court ordered Defendant to submit to an audit for the

time period of January 1, 2006, through the present to determine Defendant's full liability to the

Trust Funds. A copy of the order is attached as Exhibit A.

3. Trust Funds' auditors completed an audit based on the books and records

provided by Defendant to date.

4. Despite repeated demands and written demands, Defendant has not paid the

amounts due based on the audit.

5. Defendant has not filed an appearance or answer to the suit.

6. The amount owed by Defendant based on the audit is $32,686.80 which includes $18,828.86 in unpaid contributions, $4,138.39 in interest, $3,765.77 in liquidated damages, $3,966.40 in auditors' fees, and $1,987.38 in attorneys fees as follows:

A. $18,828.86 in unpaid contributions pursuant to the audit; *see* Decl. of J. Libby, ¶6, Exhibit B; Decl. of J. Egan, ¶3, Exhibit C;

B. $3,966.40 for auditor's fees incurred by the Trust Funds to complete the audit of Defendant's books and records; *see* Decl. of J. Libby, ¶6, Exhibit B; Decl. of J. Egan, ¶2, Exhibit C;

C. $4,138.39 in interest under ERISA on the amount that is due; *see* 29 U.S.C. § 1132(g)(2)(B); 29 U.S.C. § 1132(g)(2)(C); Decl. of J. Libby, ¶7, Exhibit B; Decl. of J. Egan, ¶3, Exhibit C;

D. $3,765.77 in liquidated damages; *see* Decl. of J. Libby, ¶7, Exhibit B; and

E. $1,987.38 in reasonable attorneys' fees and costs the Trust Funds incurred in this action pursuant to 29 U.S.C. § 1132(g)(1) and/or § 1132(g)(2)(D); *see* McJessy Decl., ¶4, Exhibit D).

WHEREFORE, Plaintiffs the Chicago Regional Council of Carpenters' Fund et al. hereby move this Court to enter judgment in their favor and against Defendant, RFM Enterprises, Inc., an Illinois corporation doing business as Newgrom Construction Co., in the amount of $32,686.80 as follows:

A. $18,828.86 in unpaid contributions pursuant to the audit;

B. $3,966.40 for auditor's fees of incurred by the Trust Funds to complete the audit of Defendant's books and records;

C. $4,138.39 in interest under ERISA on the amount that is due;

D. $3,765.77 in liquidated damages;

E. $1,987.38 in reasonable attorneys' fees and costs the Trust Funds incurred in this action pursuant to 29 U.S.C. § 1132(g)(1) and/or § 1132(g)(2)(D);

F. reasonable attorney' fees and costs incurred by the Trust Funds in enforcing this order; and

G.    such other relief as this Court deems appropriate.

CHICAGO REGIONAL COUNCIL OF CARPENTERS
PENSION FUND et al.

By:  s/ Kevin P. McJessy
One of their attorneys

Kevin P. McJessy
MCJESSY, CHING & THOMPSON, LLC
3759 North Ravenswood, Suite 231
Chicago, Illinois 60613
(773) 880-1260
(773) 880-1265 (facsimile)
mcjessy@MCandT.com

## CERTIFICATE OF SERVICE

I, Kevin P. McJessy, an attorney, certify that I caused the foregoing **Plaintiffs' Motion for Entry of Final Judgment** to be served upon

RFM Enterprises, Inc., d/b/a Newgrom Construction Co.
c/o Ronald Morgan, Reg. Agent
219 Eisenhower Lane South
Lombard, IL  60515

via U.S. First Class Mail, postage prepaid, deposited in the United States Mail Depository at 3759 N. Ravenswood, Chicago, Illinois on this 5th day of November 2009.

s/ Kevin P. McJessy
Kevin P. McJessy

# 08 CV 6058
# Exhibit A

## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.2
### Eastern Division

Chicago Regional Council of Carpenters Pension
Fund, et al.

                            Plaintiff,

v.                                      Case No.:
                                      1:08−cv−06058
                                      Honorable Ruben
                                      Castillo

RFM Enterprises, Inc.

                            Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 28, 2008:

      MINUTE entry before the Honorable Ruben Castillo:After a careful review of this recently filed complaint and attached contract, the Court orders that defendant RFM Enterprises, Inc. d/b/a Newgrom Construction Co. submit to an audit by Plaintiffs for the time period January 1, 2006 to the present to determine its full liability in this case. Plaintiffs should immediately proceed with service of the complaint and this order and fully exhaust all settlement possibilities for this case. Defendant will be given a full opportunity to contest liability or damages after the audit is completed. Defendant should timely answer or otherwise plead to the complaint. This case is hereby administratively dismissed without prejudice. The Court will retain jurisdiction to enforce this order and enter any appropriate final judgment.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.

# 08 CV 6058
# Exhibit B

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CHICAGO REGIONAL COUNCIL OF )
CARPENTERS PENSION FUND and its )
Trustees, et al., )
                     ) Case No. 08 C 6058
               Plaintiffs, )
          v. ) Judge Castillo
                     )
RFM ENTERPRISES, INC., )
                     )
               Defendant. )

## <u>DECLARATION OF JOHN LIBBY</u>

I, John Libby, hereby declare, under penalty of perjury pursuant to the laws of the United States, as follows:

1.      I am the Supervisor, Audits & Collections for the Chicago Regional Council of Carpenters Pension Fund ("Pension Fund"), the Chicago Regional Council of Carpenters Welfare Fund ("Welfare Fund"), the Chicago and Northeast Illinois Regional Council of Carpenter Apprentice and Trainee Program ("Trainee Fund") and the Labor/Management Union Carpentry Cooperation Promotion Fund ("Labor/Management Fund") (collectively "the Trust Funds").

2.      As part of my duties, I am responsible for supervising and enforcing contributions for medical, pension and other benefits due from numerous employers pursuant to Collective Bargaining Agreements between the employers and the Trust Funds and pursuant to the Trust Agreements.

3.      On January 6, 1994, R.F.M. Enterprises, Inc. d/b/a Newgrom Construction Co. ("Defendant") and the Chicago and Northeast Illinois District Council of Carpenters entered into the Collective Bargaining Agreement pursuant to which Defendant agreed to make contributions

to the Trust Funds. A true and accurate copy of this Memorandum of Agreement is attached as Exhibit B-1.

4.    Defendant has failed to pay amounts owed to the Trust Funds as shown by the audit prepared by James Egan & Associates, Ltd. ("Egan"), an independent auditing firm engaged by the Trust Funds to conduct an audit of Defendant's fringe benefit contributions, and then subsequently revised by the Trust Funds based on additional information provided by Defendant after the audit report was completed. A copy of the revised audit report is attached as Exhibit B-2. According to the audit report and based on the records produced by Defendant to Egan and the Trust Funds, Defendant owes $18,828.86 in unpaid contributions.

5.    A summary of the revised and updated interest and liquidated damages that have accrued since the date of the original audit report is attached hereto as Exhibit B-3. Defendant owes $4,138.39 in accrued unpaid interest and $3,765.77 in unpaid accrued liquidated damages.

6.    Because Defendant failed to comply with the terms of the Collective Bargaining Agreement and related Trust Agreements, the Trust Funds have had to employ the services of McJessy, Ching & Thompson, LLC. As a result, the Trust Funds incurred additional audit fees and attorneys' fees and costs.

7.    I have personal knowledge of the matters stated in this affidavit and could testify competently to them.

FURTHER DECLARANT SAYETH NOT.

_____  11/2/09
John Libby

# 08 CV 6058
# Exhibit B-1

# AGREEMENT

R.F.M. Enterprises, Inc.
D/B/A  Newgrom Construction Co.
FIRM_____Address  29W. 531 Prairie Ave.

City___Warrenville_____State_IL____Zip60555____Phone(708) 393-3311

      THIS  AGREEMENT  is  entered  into  between  CHICAGO  AND
NORTHEAST ILLINOIS DISTRICT COUNCIL OF CARPENTERS, COOK,
DU PAGE, GRUNDY, IROQUOIS, KANE, KANKAKEE, KENDALL, LAKE,
MC HENRY AND WILL COUNTIES, ILLINOIS, hereinafter sometimes
referred to as the "UNION" and

  R.F.M. Enterprises, Inc. D/B/A Newgrom Construction Co.
hereinafter referred to as "EMPLOYER"

The EMPLOYER and the UNION do hereby agree as follows:

1.   EMPLOYER recognizes the UNION as the sole and
exclusive bargaining agent for and on behalf of
the Employees of the EMPLOYER coming within the
territorial and occupational jurisdiction of the UNION.

2.   EMPLOYER agrees to be bound by the terms of the
Trust Agreements of the fringe benefit trust funds
to which contributions are required to be made
under the Agreements referred to in numbered
paragraph 3 hereof and all rules and regulation
adopted by the Trustees thereof, and agrees to
make prompt payments of the per hour contributions
with respect to each such Trust Fund.

3.   EMPLOYER and the UNION hereby incorporate by
reference and agree to be bound through their
respective expiration dates by each of the Area
Agreements in effect on December 31, 1983
negotiated between subordinate bodies of the
United Brotherhood of Carpenters and Joiners of
America and certain Employers Associations in
counties of Illinois which, effective, on or
after January 1, 1984, make up the geographic
jurisdiction of the Chicago and Northeast Illinois
District Council of Carpenters.

4.   EMPLOYER and the UNION hereby agree to be bound by
the Area Agreements negotiated between the Chicago
and Northeast Illinois District Council of
Carpenters and the various Employer Associations
for the period beginning with the expiration date
of the several Agreements referred to in numbered
paragraph 3 thereof and ending on the expiration dates
of any sucessor Agreements thereto from year to year
thereafter unless the Employer gives written notice to
the UNION of a desire to amend or terminate any of such
Agreements at least three calendar months prior to the
expiration of such Agreement or Agreements.

IN WITNESS WHEREOF, the parties have executed this
Agreement the __6th__ day of _January_____, 19_94_.


EMPLOYER: R.F.M. Enterprises, Inc. CHICAGO AND NORTHEAST ILLINOIS
          D/B/A Newgrom Construction Co. DISTRICT COUNCIL OF CARPENTERS


BY: __Ronald F. Morgan Sr. / Secretary__
      (Print or Type Name) (Title)


_Ronald F. Morgan Sr._
(Signatures)
Ronald F. Morgan Sr.

_Kennin Borg_
Business Representative
Kenneth D. Borg

# 08 CV 6058
# Exhibit B-2

# CHICAGO REGIONAL COUNCIL OF CARPENTERS
## FRINGE BENEFITS FUNDS

**ADJUSTED AUDIT**
DISCREPANCY SUMMARY BY REPORTING PERIOD

EMPLOYER:    RFM Enterprises, Inc. d/b/a      ACCOUNT NO.: 20469
             Negrom Construction Co.
             219 Eisenhower Lane South
             Lombard, Illinois 60148

AUDIT PERIOD:    January, 2006 through June, 2007

| PERIOD | DISCREPANCY HOURS | HOURLY RATE | AMOUNT DUE |
|--------|-------------------|-------------|------------|
| January, 2006 | 73.75 | 12.70 | $ 936.63 |
| February, 2006 | 261.00 | 12.70 | 3,314.70 |
| March, 2006 | 73.75 | 12.70 | 936.63 |
| April, 2006 | 72.00 | 12.70 | 914.40 |
| May, 2006 | 75.00 | 12.70 | 952.50 |
| June, 2006 | 68.00 | 14.50 | 986.00 |
| July, 2006 | 91.00 | 14.50 | 1,319.50 |
| August, 2006 | 67.00 | 14.50 | 971.50 |
| September, 2006 | 67.00 | 14.50 | 971.50 |
| October, 2006 | 78.50 | 14.50 | 1,138.25 |
| November, 2006 | 78.50 | 14.50 | 1,138.25 |
| December, 2006 | 78.50 | 14.50 | 1,138.25 |
| January, 2007 | 94.50 | 14.50 | 1,370.25 |
| February, 2007 | 94.50 | 14.50 | 1,370.25 |
| March, 2007 | 94.50 | 14.50 | 1,370.25 |

Report Sub-Total          1,367.50                    $ 18,828.86

Liquidated Damages (1.5%)                                3,765.77

Grand Total Due                                       $ 22,594.63

CHICAGO REGIONAL COUNCIL OF CARPENTERS
FRINGE BENEFITS FUNDS

**ADJUSTED AUDIT**
Liquidated Damages

EMPLOYER:       RFM Enterprises, Inc. d/b/a       ACCOUNT NO.: 20469
                Negrom Construction Co.
                219 Eisenhower Lane South
                Lombard, Illinois 60148

AUDIT PERIOD:   January, 2006 through June, 2007

| PERIOD | DISCREPANCY DOLLARS | MONTHS DELINQUENT | ASSESSED DAMAGES |
|---|---|---|---|
| January, 2006 | 936.63 | 45 | $ 187.33 |
| February, 2006 | 3,314.70 | 44 | 662.94 |
| March, 2006 | 936.63 | 43 | 187.33 |
| April, 2006 | 914.40 | 42 | 182.88 |
| May, 2006 | 952.50 | 41 | 190.50 |
| June, 2006 | 986.00 | 40 | 197.20 |
| July, 2006 | 1,319.50 | 39 | 263.90 |
| August, 2006 | 971.50 | 38 | 194.30 |
| September, 2006 | 971.50 | 37 | 194.30 |
| October, 2006 | 1,138.25 | 36 | 227.65 |
| November, 2006 | 1,138.25 | 35 | 227.65 |
| December, 2006 | 1,138.25 | 34 | 227.65 |
| January, 2007 | 1,370.25 | 33 | 274.05 |
| February, 2007 | 1,370.25 | 32 | 274.05 |
| March, 2007 | 1,370.25 | 31 | 274.05 |

Liq. Damages      $    18,828.86                    $   3,765.77

RFM Enterprises, Inc. d/b/a
Negrom Construction Co.
219 Eisenhower Lane South
Lombard, Illinois 60148

Account:    20469

Audit Covering the Month of: **January, 2006**

Page Number:    4

| Social Security Number | Employee Name | Hours Reported | Week 1 | Week 2 | Week 3 | Week 4 | Week 5 | Total | Total Hour Difference | Benefit Hour Difference | Code |
|---|---|---|---|---|---|---|---|---|---|---|---|
| REDACTED | Anton, Timothy | 0.00 | 73.75 | 0.00 | 0.00 | 0.00 | 0.00 | 73.75 | 73.75 | 73.75 | 105Q |
| | Swalec, Jeffrey M. | 0.00 | 20.00 | 32.00 | 34.00 | 13.00 | 0.00 | 99.00 | 99.00 | 99.00 | 101 |
| | Toppen, Jeffrey W. | 99.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (99.00) | (99.00) | 101 |

Number of Hours:    73.75    73.75

Number of Employees:    3

Amount Due:    $    936.63

RFM Enterprises, Inc. d/b/a
Negrom Construction Co.
219 Eisenhower Lane South
Lombard, Illinois 60148

Account:    20469

Audit Covering the Month of: **February, 2006**

Page Number:    5

| Social Security Number | Employee Name | Hours Reported | Week 1 | Week 2 | Week 3 | Week 4 | Week 5 | Total | Total Hour Difference | Benefit Hour Difference | Code |
|---|---|---|---|---|---|---|---|---|---|---|---|
| REDACTED | Anton, Timothy | 0.00 | 73.75 | 0.00 | 0.00 | 0.00 | 0.00 | 73.75 | 73.75 | 73.75 | 105Q |
| | Garcia, Jose H. | 56.00 | 0.00 | 0.00 | 0.00 | 8.00 | 0.00 | 8.00 | (48.00) | (48.00) | 101 |
| | Giminski, Stefan R. | 32.00 | 11.00 | 0.00 | 0.00 | 0.00 | 0.00 | 11.00 | (21.00) | (21.00) | 101 |
| | Golowacz, Richard M. | 11.00 | 0.00 | 0.00 | 0.00 | 32.00 | 0.00 | 32.00 | 21.00 | 21.00 | 101 |
| | Mayfield Development, Inc. | 0.00 | 283.25 | 0.00 | 0.00 | 0.00 | 0.00 | 283.25 | 283.25 | 283.25 | 201 |
| | Nagle, Kenneth R. | 160.00 | 16.00 | 32.00 | 24.00 | 40.00 | 0.00 | 112.00 | (48.00) | (48.00) | 101 |

Number of Hours:    261.00    261.00

Number of Employees:    6

Amount Due:    $ 3,314.70

RFM Enterprises, Inc. d/b/a
Negrom Construction Co.
219 Eisenhower Lane South
Lombard, Illinois 60148

Account: 20469

Audit Covering the Month of: **March, 2006**

Page Number:     6

| Social Security Number | Employee Name | Hours Reported | Week 1 | Week 2 | Week 3 | Week 4 | Week 5 | Total | Total Hour Difference | Benefit Hour Difference | Code |
|---|---|---|---|---|---|---|---|---|---|---|---|
| REDACTED | Anton, Timothy | 0.00 | 73.75 | 0.00 | 0.00 | 0.00 | 0.00 | 73.75 | 73.75 | 73.75 | 105Q |
| | | | | | | | Number of Hours: | | 73.75 | 73.75 | |
| | | | | | | | Number of Employees: | | | 1 | |
| | | | | | | | Amount Due: | | | $  936.63 | |

RFM Enterprises, Inc. d/b/a
Negrom Construction Co.
219 Eisenhower Lane South
Lombard, Illinois 60148

Account:  20469

Audit Covering the Month of: **April, 2006**

| Social Security Number | Employee Name | Hours Reported | Week 1 | Week 2 | Week 3 | Week 4 | Week 5 | Total | Total Hour Difference | Benefit Hour Difference | Code |
|---|---|---|---|---|---|---|---|---|---|---|---|
| REDACTED | Anton, Timothy | 0.00 | 72.00 | 0.00 | 0.00 | 0.00 | 0.00 | 72.00 | 72.00 | 72.00 | 105Q |
| | | | | | | | Number of Hours: | | 72.00 | 72.00 | |
| | | | | | | | Number of Employees: | | | 1 | |
| | | | | | | | Amount Due: | | | $ 914.40 | |

RFM Enterprises, Inc. d/b/a
Negrom Construction Co.
219 Eisenhower Lane South
Lombard, Illinois 60148

Account:    20469

Audit Covering the Month of: **May, 2006**

Page Number:    8

| Social Security Number | Employee Name | Hours Reported | Week 1 | Week 2 | Week 3 | Week 4 | Week 5 | Total | Total Hour Difference | Benefit Hour Difference | Code |
|---|---|---|---|---|---|---|---|---|---|---|---|
| REDACTED | Anton, Timothy | 0.00 | 72.00 | 0.00 | 0.00 | 0.00 | 0.00 | 72.00 | 72.00 | 72.00 | 105Q |
| | Diduch, Jeffrey S. | 148.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (148.00) | (148.00) | 101 |
| | Diduch, Michael J. | 0.00 | 32.00 | 40.00 | 40.00 | 36.00 | 0.00 | 148.00 | 148.00 | 148.00 | 101 |
| | Pereyra, Jesus O. | 127.00 | 16.00 | 29.00 | 45.00 | 40.00 | 0.00 | 130.00 | 3.00 | 3.00 | 101 |

Number of Hours:    75.00        75.00

Number of Employees:        4

Amount Due:    $    952.50

RFM Enterprises, Inc. d/b/a
Negrom Construction Co.
219 Eisenhower Lane South
Lombard, Illinois 60148

Account:  20469

Audit Covering the Month of: **June, 2006**

Page Number:  9

| Social Security Number | Employee Name | Hours Reported | Week 1 | Week 2 | Week 3 | Week 4 | Week 5 | Total | Total Hour Difference | Benefit Hour Difference | Code |
|---|---|---|---|---|---|---|---|---|---|---|---|
| REDACTED | Anton, Timothy | 0.00 | 70.00 | 0.00 | 0.00 | 0.00 | 0.00 | 70.00 | 70.00 | 70.00 | 105Q |
| | Hansen, William P. | 92.00 | 24.00 | 15.50 | 50.50 | 0.00 | 0.00 | 90.00 | (2.00) | (2.00) | 101 |
| | | | | | | | Number of Hours: | | 68.00 | 68.00 | |
| | | | | | | | Number of Employees: | | | 2 | |
| | | | | | | | Amount Due: | | | $ 986.00 | |

RFM Enterprises, Inc. d/b/a
Negrom Construction Co.
219 Eisenhower Lane South
Lombard, Illinois 60148

Account:     20469

Audit Covering the Month of: **July, 2006**

Page Number:     10

| Social Security Number | Employee Name | Hours Reported | Week 1 | Week 2 | Week 3 | Week 4 | Week 5 | Total | Total Hour Difference | Benefit Hour Difference | Code |
|---|---|---|---|---|---|---|---|---|---|---|---|
| REDACTED | | | | | | | | | | | |
| | Anton, Timothy | 0.00 | 67.00 | 0.00 | 0.00 | 0.00 | 0.00 | 67.00 | 67.00 | 67.00 | 105Q |
| | Garcia, Jose H. | 0.00 | 0.00 | 0.00 | 0.00 | 24.00 | 0.00 | 24.00 | 24.00 | 24.00 | 103 |
| | | | | | | Number of Hours: | | | 91.00 | 91.00 | |
| | | | | | | Number of Employees: | | | | 2 | |
| | | | | | | Amount Due: | | | | $ 1,319.50 | |

RFM Enterprises, Inc. d/b/a
Negrom Construction Co.
219 Eisenhower Lane South
Lombard, Illinois 60148

| Social Security Number | Employee Name | Hours Reported | Week 1 | Week 2 | Week 3 | Week 4 | Week 5 | Total | Total Hour Difference | Benefit Hour Difference | Code |
|---|---|---|---|---|---|---|---|---|---|---|---|
| REDACTED | Anton, Timothy | 0.00 | 67.00 | 0.00 | 0.00 | 0.00 | 0.00 | 67.00 | 67.00 | 67.00 | 105Q |
| | | | | | | Number of Hours: | | | 67.00 | 67.00 | |
| | | | | | | Number of Employees: | | | | 1 | |
| | | | | | | Amount Due: | | | | $ 971.50 | |

RFM Enterprises, Inc. d/b/a
Negrom Construction Co.
219 Eisenhower Lane South
Lombard, Illinois 60148

Account: 20469

Audit Covering the Month of: **September, 2006**

Page Number: 12

| Social Security Number | Employee Name | Hours Reported | Week 1 | Week 2 | Week 3 | Week 4 | Week 5 | Total | Total Hour Difference | Benefit Hour Difference | Code |
|---|---|---|---|---|---|---|---|---|---|---|---|
| REDACTED | Anton, Timothy | 0.00 | 67.00 | 0.00 | 0.00 | 0.00 | 0.00 | 67.00 | 67.00 | 67.00 | 105Q |
| | | | | | | | Number of Hours: | | 67.00 | 67.00 | |
| | | | | | | | Number of Employees: | | | 1 | |
| | | | | | | | Amount Due: | | | $ 971.50 | |

RFM Enterprises, Inc. d/b/a
Negrom Construction Co.
219 Eisenhower Lane South
Lombard, Illinois 60148

Account: 20469

Audit Covering the Month of: **October, 2006**

Page Number: 13

| Social Security Number | Employee Name | Hours Reported | Week 1 | Week 2 | Week 3 | Week 4 | Week 5 | Total | Total Hour Difference | Benefit Hour Difference | Code |
|---|---|---|---|---|---|---|---|---|---|---|---|
| REDACTED | Anton, Timothy | 0.00 | 78.50 | 0.00 | 0.00 | 0.00 | 0.00 | 78.50 | 78.50 | 78.50 | 105Q |
| | | | | | | Number of Hours: | | | 78.50 | 78.50 | |
| | | | | | | Number of Employees: | | | | 1 | |
| | | | | | | Amount Due: | | | | $ 1,138.25 | |

RFM Enterprises, Inc. d/b/a
Negrom Construction Co.
219 Eisenhower Lane South
Lombard, Illinois 60148

Account: 20469

Audit Covering the Month of: **November, 2006**

Page Number: 14

| Social Security Number | Employee Name | Hours Reported | Week 1 | Week 2 | Week 3 | Week 4 | Week 5 | Total | Total Hour Difference | Benefit Hour Difference | Code |
|---|---|---|---|---|---|---|---|---|---|---|---|
| REDACTED | Anton, Timothy | 0.00 | 78.50 | 0.00 | 0.00 | 0.00 | 0.00 | 78.50 | 78.50 | 78.50 | 105Q |
| | | | | | | Number of Hours: | | | 78.50 | 78.50 | |
| | | | | | | Number of Employees: | | | | 1 | |
| | | | | | | Amount Due: | | | | $ 1,138.25 | |

RFM Enterprises, Inc. d/b/a
Negrom Construction Co.
219 Eisenhower Lane South
Lombard, Illinois 60148

Account: 20469

Audit Covering the Month of: **December, 2006**

Page Number: 15

| Social Security Number | Employee Name | Hours Reported | Week 1 | Week 2 | Week 3 | Week 4 | Week 5 | Total | Total Hour Difference | Benefit Hour Difference | Code |
|---|---|---|---|---|---|---|---|---|---|---|---|
| REDACTED | Anton, Timothy | 0.00 | 78.50 | 0.00 | 0.00 | 0.00 | 0.00 | 78.50 | 78.50 | 78.50 | 105Q |
| | | | | | | Number of Hours: | | | 78.50 | 78.50 | |
| | | | | | | Number of Employees: | | | | 1 | |
| | | | | | | Amount Due: | | | | $ 1,138.25 | |

RFM Enterprises, Inc. d/b/a
Negrom Construction Co.
219 Eisenhower Lane South
Lombard, Illinois 60148

Account: 20469

Audit Covering the Month of: **January, 2007**

| Social Security Number | Employee Name | Hours Reported | Week 1 | Week 2 | Week 3 | Week 4 | Week 5 | Total | Total Hour Difference | Benefit Hour Difference | Code |
|---|---|---|---|---|---|---|---|---|---|---|---|
| REDACTED | Anton, Timothy | 0.00 | 94.50 | 0.00 | 0.00 | 0.00 | 0.00 | 94.50 | 94.50 | 94.50 | 105Q |
| | | | | | | | Number of Hours: | | 94.50 | 94.50 | |
| | | | | | | | Number of Employees: | | | 1 | |
| | | | | | | | Amount Due: | | | $ 1,370.25 | |

RFM Enterprises, Inc. d/b/a
Negrom Construction Co.
219 Eisenhower Lane South
Lombard, Illinois  60148

Account:    20469

Audit Covering the Month of: **February, 2007**

Page Number:    17

| Social Security Number | Employee Name | Hours Reported | Week 1 | Week 2 | Week 3 | Week 4 | Week 5 | Total | Total Hour Difference | Benefit Hour Difference | Code |
|---|---|---|---|---|---|---|---|---|---|---|---|
| REDACTED | Anton, Timothy | 0.00 | 94.50 | 0.00 | 0.00 | 0.00 | 0.00 | 94.50 | 94.50 | 94.50 | 105Q |
| | | | | | | Number of Hours: | | | 94.50 | 94.50 | |
| | | | | | | Number of Employees: | | | | 1 | |
| | | | | | | Amount Due: | | | | $ 1,370.25 | |

RFM Enterprises, Inc. d/b/a
Negrom Construction Co.
219 Eisenhower Lane South
Lombard, Illinois 60148

Account: 20469

Audit Covering the Month of: **March, 2007**

| Social Security Number | Employee Name | Hours Reported | Week 1 | Week 2 | Week 3 | Week 4 | Week 5 | Total | Total Hour Difference | Benefit Hour Difference | Code |
|---|---|---|---|---|---|---|---|---|---|---|---|
| REDACTED | Anton, Timothy | 0.00 | 94.50 | 0.00 | 0.00 | 0.00 | 0.00 | 94.50 | 94.50 | 94.50 | 105Q |
| | | | | | | | Number of Hours: | | 94.50 | 94.50 | |
| | | | | | | | Number of Employees: | | | 1 | |
| | | | | | | | Amount Due: | | | $ 1,370.25 | |

**08 CV 6058**

**Exhibit B-3**

Summary of Contributions, Liquidated Damages & Interest Due
For The Reporting Period(s) Specified Below
Computed Through October 27, 2009

| Employer Information | |

**File Number** 20469
**Name** RFM ENTERPRISES INC D/B/A
**Address** NEWGROM CONSTRUCTION CO
**City, State** DOWNERS GROVE, IL. 60515-0000
**Telephone**

Page Number 1 of 3
Reference Number: 8-142
Date Printed: 10/27/2009

| Reporting Period | Delinquent Contributions | Liquidated Damages (1) | Interest(1) | Total Due |
|---|---|---|---|---|
| January, 2006 | $ 936.63 | $ 893.74 | $ 253.98 | $ 2,084.35 |
| February, 2006 | 3,314.70 | 3,067.20 | 876.33 | 7,258.23 |
| March, 2006 | 936.63 | 840.04 | 240.62 | 2,017.29 |
| April, 2006 | 914.40 | 794.47 | 228.34 | 1,937.21 |
| May, 2006 | 952.50 | 801.27 | 230.81 | 1,984.58 |
| June, 2006 | 986.00 | 802.62 | 231.26 | 2,019.88 |
| July, 2006 | 1,319.50 | 1,038.72 | 298.49 | 2,656.71 |
| August, 2006 | 971.50 | 739.12 | 211.72 | 1,922.34 |
| September, 2006 | 971.50 | 713.84 | 203.99 | 1,889.33 |
| October, 2006 | 1,138.25 | 807.18 | 229.71 | 2,175.14 |
| November, 2006 | 1,138.25 | 778.43 | 220.77 | 2,137.45 |
| December, 2006 | 1,138.25 | 750.10 | 211.60 | 2,099.95 |
| January, 2007 | 1,370.25 | 869.40 | 243.75 | 2,483.40 |
| February, 2007 | 1,370.25 | 836.30 | 233.91 | 2,440.46 |
| March, 2007 | 1,370.25 | 803.69 | 223.08 | 2,397.02 |
| **Grand Total (3)** | **$ 18,828.86** | **$ 3,765.77** | **$ 4,138.39** | **$ 26,733.02** |

(1) See Attached Computation
(3) Total Damages Capped at 20.00% in Accordance With ERISA Limitation
**Total Amount Due : $ 26,733.02 If Paid by October 27, 2009**

Computation of Liquidated Damages
For The Reporting Period(s) Specified Below
Computed Through October 27, 2009

┌─ Employer Information ─┐

| File Number | 20469 | |
|---|---|---|
| Name | RFM ENTERPRISES INC D/B/A | |
| Address | NEWGROM CONSTRUCTION CO | Page Number 2 of 3 |
| City, State | DOWNERS GROVE, IL. 60515-0000 | Reference Number: 8-142 |
| Telephone | | Date Computed: 10/27/2009 |

| Reporting Period | Contributions Due | Computation Base | Compounding Periods | Computed Damages (2) | Total (3) Damages For Reporting Period |
|---|---|---|---|---|---|
| January, 2006 | $ 936.63 | $ 936.63 | 45 | $ 893.74 | $ 893.74 |
| February, 2006 | 3,314.70 | 3,314.70 | 44 | 3,067.20 | 3,067.20 |
| March, 2006 | 936.63 | 936.63 | 43 | 840.04 | 840.04 |
| April, 2006 | 914.40 | 914.40 | 42 | 794.47 | 794.47 |
| May, 2006 | 952.50 | 952.50 | 41 | 801.27 | 801.27 |
| June, 2006 | 986.00 | 986.00 | 40 | 802.62 | 802.62 |
| July, 2006 | 1,319.50 | 1,319.50 | 39 | 1,038.72 | 1,038.72 |
| August, 2006 | 971.50 | 971.50 | 38 | 739.12 | 739.12 |
| September, 2006 | 971.50 | 971.50 | 37 | 713.84 | 713.84 |
| October, 2006 | 1,138.25 | 1,138.25 | 36 | 807.18 | 807.18 |
| November, 2006 | 1,138.25 | 1,138.25 | 35 | 778.43 | 778.43 |
| December, 2006 | 1,138.25 | 1,138.25 | 34 | 750.10 | 750.10 |
| January, 2007 | 1,370.25 | 1,370.25 | 33 | 869.40 | 869.40 |
| February, 2007 | 1,370.25 | 1,370.25 | 32 | 836.30 | 836.30 |
| March, 2007 | 1,370.25 | 1,370.25 | 31 | 803.69 | 803.69 |
| Total (3) | $ 18,828.86 | | | | $ 3,765.77 |

(2) 1.50% Compounded per Month (or portion thereof)

(3) Total Damages Capped at 20.00% in Accordance With ERISA Limitation

# Computation of Interest
## For The Reporting Period(s) Specified Below
### Computed Through October 27, 2009

| Employer Information |

**File Number** 20469
**Name** RFM ENTERPRISES INC D/B/A
**Address** NEWGROM CONSTRUCTION CO
**City, State** DOWNERS GROVE, IL. 60515-0000
**Telephone**

Page Number 3 of 3
Reference Number: 8-142
Date Computed: 10/27/2009

| Reporting Period | Contributions Due | Computation Base | Delinquent Period From | To | Days | Computed Interest (3) | Total Interest For Reporting Period |
|---|---|---|---|---|---|---|---|
| January, 2006 | $ 936.63 | $ 936.63 | 02/21/2006 – 10/27/2009 | | 1,345 | $ 253.98 | $ 253.98 |
| February, 2006 | 3,314.70 | 3,314.70 | 03/21/2006 – 10/27/2009 | | 1,317 | 876.33 | 876.33 |
| March, 2006 | 936.63 | 936.63 | 04/21/2006 – 10/27/2009 | | 1,286 | 240.62 | 240.62 |
| April, 2006 | 914.40 | 914.40 | 05/21/2006 – 10/27/2009 | | 1,256 | 228.34 | 228.34 |
| May, 2006 | 952.50 | 952.50 | 06/21/2006 – 10/27/2009 | | 1,225 | 230.81 | 230.81 |
| June, 2006 | 986.00 | 986.00 | 07/21/2006 – 10/27/2009 | | 1,195 | 231.26 | 231.26 |
| July, 2006 | 1,319.50 | 1,319.50 | 08/21/2006 – 10/27/2009 | | 1,164 | 298.49 | 298.49 |
| August, 2006 | 971.50 | 971.50 | 09/21/2006 – 10/27/2009 | | 1,133 | 211.72 | 211.72 |
| September, 2006 | 971.50 | 971.50 | 10/21/2006 – 10/27/2009 | | 1,103 | 203.99 | 203.99 |
| October, 2006 | 1,138.25 | 1,138.25 | 11/21/2006 – 10/27/2009 | | 1,072 | 229.71 | 229.71 |
| November, 2006 | 1,138.25 | 1,138.25 | 12/21/2006 – 10/27/2009 | | 1,042 | 220.77 | 220.77 |
| December, 2006 | 1,138.25 | 1,138.25 | 01/21/2007 – 10/27/2009 | | 1,011 | 211.60 | 211.60 |
| January, 2007 | 1,370.25 | 1,370.25 | 02/21/2007 – 10/27/2009 | | 980 | 243.75 | 243.75 |
| February, 2007 | 1,370.25 | 1,370.25 | 03/21/2007 – 10/27/2009 | | 952 | 233.91 | 233.91 |
| March, 2007 | 1,370.25 | 1,370.25 | 04/21/2007 – 10/27/2009 | | 921 | 223.08 | 223.08 |
| **Total** | **$ 18,828.86** | | | | | | **$ 4,138.39** |

(3) Compounded Daily per Internal Revenue Code Section 6621

# 08 CV 6058
# Exhibit C

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CHICAGO REGIONAL COUNCIL OF )
CARPENTERS PENSION FUND and its )
Trustees, et al., )
                                    ) Case No. 08 C 6058
                    Plaintiffs, )
        v.                          ) Judge Castillo
                                    )
RFM ENTERPRISES, INC.,              )
                                    )
                    Defendant.      )

## DECLARATION OF JAMES EGAN

I, James Egan, hereby declare, under penalty of perjury pursuant to the laws of the United

States, as follows:

1.      I am a principal in the Certified Public Accounting firm of James Egan &

Associates, Ltd. ("Egan"). I am familiar with the billings to the Chicago Regional Council of

Carpenters Pension Fund ("Pension Fund"), the Chicago Regional Council of Carpenters

Welfare Fund ("Welfare Fund"), the Chicago and Northeast Illinois Regional Council of

Carpenters Apprentice and Trainee Program ("Trainee Fund"), and the Labor/Management

Union Carpentry Cooperation Promotion Fund ("Labor/Management Fund") (collectively "the

Trust Funds"), including fees and expenses incurred in connection with auditing the books and

records of signatory companies.

2.      In connection with efforts to obtain and conduct an audit of the books and records

of RFM Enterprises, Inc. d/b/a Newgrom Construction Co. ("Defendant"), the Trust Funds

incurred $3,966.40 in fees and expenses. These efforts were comprised of preparation for the

audit, communications with the Defendant, follow-up communications with the Trust Funds and

its agents and preparation of an audit report. The hourly fee charged by Egan for this work was $67.00. A statement of Egan's charges in this matter is attached hereto as Exhibit 1.

3. The audit fees and expenses charged to the Trust Funds in this matter were consistent with Egan's regular charges for services to the Trust Funds on similar matters.

4. I have personal knowledge of the matters stated in this declaration and could testify competently to them.

FURTHER AFFIANT SAYETH NOT.

_____
James Egan

# James Egan & Associates, Ltd.

### Detail Time Charges
### during the period of 8/1/2007 through 10/12/2009

| Client Number: 85018<br>Engagement Number: 20469<br>Client Name: RFM Enterprises, Inc. | Charged<br>Hours | Billing Rate | Amount |
|---|---|---|---|

**Deena M. Rice**

**Pre-Engagement Planning**

| | | | | |
|---|---|---|---|---|
| 08/29/2007 | Budget & Grade Eng | 0.30 | 67.00 | 20.10 |
| | | **0.30** | | **20.10** |

**Meetings/Consultations- JE&A Personnel**

| | | | | |
|---|---|---|---|---|
| 10/04/2007 | Meeting w/JES re: Eng | 0.30 | 67.00 | 20.10 |
| | | **0.30** | | **20.10** |

**Delfino Unzueta Jr.**

**Pre-Engagement Planning**

| | | | | |
|---|---|---|---|---|
| 10/01/2007 | Upload wkprs, get directions | 0.30 | 67.00 | 20.10 |
| 10/03/2007 | Review file | 0.50 | 67.00 | 33.50 |
| | | **0.80** | | **53.60** |

**Conclude Workpapers and/or Report(s)**

| | | | | |
|---|---|---|---|---|
| 10/02/2007 | Gather materials for fa | 0.20 | 67.00 | 13.40 |
| 10/03/2007 | Upload wkprs | 0.10 | 67.00 | 6.70 |
| | | **0.30** | | **20.10** |

**Analysis of Payroll Tax Returns**

| | | | | |
|---|---|---|---|---|
| 10/02/2007 | Enter PR analysis | 0.40 | 67.00 | 26.80 |
| | | **0.40** | | **26.80** |

**Establish Employee Categories**

| | | | | |
|---|---|---|---|---|
| 10/02/2007 | Enter 2006 sutas | 2.00 | 67.00 | 134.00 |
| | | **2.00** | | **134.00** |

**Compile & Verify Individuals' Hours/Wage**

| | | | | |
|---|---|---|---|---|
| 10/02/2007 | Enter Hours and wages | 3.60 | 67.00 | 241.20 |
| 10/03/2007 | Enter Hours and Wages | 0.60 | 67.00 | 40.20 |
| | | **4.20** | | **281.40** |

**Reconcile Individuals' Wages**

| | | | | |
|---|---|---|---|---|
| 10/02/2007 | Reconcile wages | 0.50 | 67.00 | 33.50 |
| 10/03/2007 | Reconcile Wages | 1.00 | 67.00 | 67.00 |
| | | **1.50** | | **100.50** |

**Compile Payments (Disbursements)**

| | | | | |
|---|---|---|---|---|
| 10/03/2007 | Review bank recs | 3.00 | 67.00 | 201.00 |
| 10/03/2007 | Search for Invoices | 0.60 | 67.00 | 40.20 |
| | | **3.60** | | **241.20** |

**Meetings/Consultations- Employer**

| | | | | |
|---|---|---|---|---|
| 10/02/2007 | Meet with contact re document provided | 0.10 | 67.00 | 6.70 |
| | | **0.10** | | **6.70** |

# James Egan & Associates, Ltd.

## Detail Time Charges
### during the period of 8/1/2007 through 10/12/2009

| Client Number: 85018<br>Engagement Number: 20469<br>Client Name: RFM Enterprises, Inc. | Charged<br>Hours | Billing | |
|---|---|---|---|
| | | Rate | Amount |

### Delfino Unzueta Jr.
#### Travel Time

| | | | |
|---|---|---|---|
| 10/02/2007 | *Travel to company* | 1.10 | 67.00 | 73.70 |
| 10/02/2007 | *Travel back to JEA* | 0.90 | 67.00 | 60.30 |
| 10/03/2007 | *Travel to Lombard* | 1.20 | 67.00 | 80.40 |
| 10/03/2007 | *Travel back to JEA* | 1.20 | 67.00 | 80.40 |
| | | **4.40** | | **294.80** |

### Expenses
#### Pre-Engagement Planning

| | | | | |
|---|---|---|---|---|
| 08/27/2007 | *New Engagement preparation* | 0.30 | 67.00 | 20.10 |
| 09/04/2007 | *New Engagement preparation* | 0.10 | 67.00 | 6.70 |
| | | **0.40** | | **26.80** |

### James E. Santor
#### Assigned Administrative Duties

| | | | | |
|---|---|---|---|---|
| 09/17/2007 | *Assign Due Date/Update Projected Submission* | 0.20 | 67.00 | 13.40 |
| 10/04/2007 | *Enter MER Phone Call Into Activity History* | 0.10 | 67.00 | 6.70 |
| 11/09/2007 | *Supervisory Review* | 0.10 | 67.00 | 6.70 |
| | | **0.40** | | **26.80** |

#### Technical Review

| | | | | |
|---|---|---|---|---|
| 11/07/2007 | *Technical Review* | 0.30 | 67.00 | 20.10 |
| 11/07/2007 | *Technical Review* | 1.40 | 67.00 | 93.80 |
| 11/07/2007 | *Technical Review* | 0.10 | 67.00 | 6.70 |
| 11/07/2007 | *Technical Review* | 0.40 | 67.00 | 26.80 |
| 11/07/2007 | *Technical Review* | 0.60 | 67.00 | 40.20 |
| 11/07/2007 | *Technical Review* | 0.30 | 67.00 | 20.10 |
| 11/07/2007 | *Technical Review* | 0.20 | 67.00 | 13.40 |
| 11/09/2007 | *Review Adjustments* | 0.60 | 67.00 | 40.20 |
| | | **3.90** | | **261.30** |

#### Meetings/Consultations- JE&A Personnel

| | | | | |
|---|---|---|---|---|
| 10/04/2007 | *Mtg/DMR/160 Individual Paid Bonuses* | 0.20 | 67.00 | 13.40 |
| 11/08/2007 | *Mtg/MER/Technical Review* | 0.20 | 67.00 | 13.40 |
| | | **0.40** | | **26.80** |

#### Meetings/Consultations- Employer

| | | | | |
|---|---|---|---|---|
| 10/12/2007 | *Phone Call/Christine (Co)/Outstanding Record Status* | 0.10 | 67.00 | 6.70 |
| | | **0.10** | | **6.70** |

#### Correspondence- Employer

| | | | | |
|---|---|---|---|---|
| 10/04/2007 | *Prepare & Send Record Request/Christine (Co)* | 1.50 | 67.00 | 100.50 |
| | | **1.50** | | **100.50** |

### *Detail Time Charges*
### *during the period of 8/1/2007 through 10/12/2009*

| Client Number: 85018 Engagement Number: 20469 Client Name: RFM Enterprises, Inc. | Charged Hours | Billing | |
|---|---|---|---|
| | | Rate | Amount |

**James E. Santor**
**Supervisory Review**

| | | | | |
|---|---|---|---|---|
| 11/09/2007 | *Supervisory Review* | 0.20 | 67.00 | 13.40 |
| | | **0.20** | | **13.40** |

**Katherine A. Lopez**
**Technical Review**

| | | | | |
|---|---|---|---|---|
| 11/06/2007 | *Performed preliminary review* | 0.50 | 67.00 | 33.50 |
| | | **0.50** | | **33.50** |

**Prepare Discrepancy Workpapers**

| | | | | |
|---|---|---|---|---|
| 09/07/2007 | *Importing hours* | 0.20 | 67.00 | 13.40 |
| 09/07/2007 | *Importing hours* | 2.90 | 67.00 | 194.30 |
| | | **3.10** | | **207.70** |

**Correspondence- Employer**

| | | | | |
|---|---|---|---|---|
| 09/18/2007 | *Logged fax rec'd* | 0.10 | 67.00 | 6.70 |
| 10/17/2007 | *Logged fax rec'd* | 0.10 | 67.00 | 6.70 |
| 10/26/2007 | *Logged fax rec'd* | 0.10 | 67.00 | 6.70 |
| 10/29/2007 | *Logged records rec'd* | 0.10 | 67.00 | 6.70 |
| 10/31/2007 | *Logged fax rec'd* | 0.10 | 67.00 | 6.70 |
| | | **0.50** | | **33.50** |

**Marc E. Ragona**
**Post Review Adjustments**

| | | | | |
|---|---|---|---|---|
| 11/08/2007 | *Tech rev adj* | 0.70 | 67.00 | 46.90 |
| 11/08/2007 | *Tech rev adj* | 0.50 | 67.00 | 33.50 |
| | | **1.20** | | **80.40** |

**Pre-Engagement Planning**

| | | | | |
|---|---|---|---|---|
| 09/06/2007 | *Preplanning* | 0.20 | 67.00 | 13.40 |
| 10/01/2007 | *Download workpapers* | 0.10 | 67.00 | 6.70 |
| | | **0.30** | | **20.10** |

**Prepare Discrepancy Workpapers**

| | | | | |
|---|---|---|---|---|
| 09/20/2007 | *Set up workpapers* | 0.10 | 67.00 | 6.70 |
| 09/20/2007 | *Set up workpapers* | 0.60 | 67.00 | 40.20 |
| | | **0.70** | | **46.90** |

**Enter Discrepancy Hours or Report Data**

| | | | | |
|---|---|---|---|---|
| 11/05/2007 | *Enter discreps* | 0.40 | 67.00 | 26.80 |
| | | **0.40** | | **26.80** |

**Preparation- Audit Report(s)**

| | | | | |
|---|---|---|---|---|
| 11/05/2007 | *Remarks, print, review and submit* | 0.50 | 67.00 | 33.50 |
| | | **0.50** | | **33.50** |

### Detail Time Charges
### during the period of 8/1/2007 through 10/12/2009

| Client Number: 85018<br>Engagement Number: 20469<br>Client Name: RFM Enterprises, Inc. | Charged Hours | Billing Rate | Amount |
|---|---|---|---|

**Marc E. Ragona**

**Conclude Workpapers and/or Report(s)**

| | | | |
|---|---|---|---|
| 10/03/2007 | *Lead sheets and procedures* | 0.40 | 67.00 | 26.80 |
| 10/03/2007 | *Upload workpapers* | 0.10 | 67.00 | 6.70 |
| 10/27/2007 | *Lead sheets, procedures and related entity checklist* | 0.40 | 67.00 | 26.80 |
| 10/31/2007 | *Lead sheets, procedures, finish and print workpapers* | 0.90 | 67.00 | 60.30 |
| 10/31/2007 | *Lead sheets, procedures, finish and print workpapers* | 0.50 | 67.00 | 33.50 |
| 11/05/2007 | *Finish and print workpapers* | 0.10 | 67.00 | 6.70 |
| 11/05/2007 | *Finish and print workpapers* | 0.20 | 67.00 | 13.40 |
| 11/09/2007 | *Sign and synopsis* | 0.10 | 67.00 | 6.70 |
| | | **2.70** | | **180.90** |

**Establish Employee Categories**

| | | | |
|---|---|---|---|
| 09/28/2007 | *Enter SUTA wages* | 0.60 | 67.00 | 40.20 |
| 10/03/2007 | *Emp cats/employee information/enter W-2 wages* | 0.50 | 67.00 | 33.50 |
| | | **1.10** | | **73.70** |

**Compile & Verify Individuals' Hours/Wage**

| | | | |
|---|---|---|---|
| 10/02/2007 | *Rec hours* | 4.00 | 67.00 | 268.00 |
| 10/03/2007 | *Rec hours* | 2.70 | 67.00 | 180.90 |
| | | **6.70** | | **448.90** |

**Reconcile Individuals' Wages**

| | | | |
|---|---|---|---|
| 10/02/2007 | *Rec wages* | 0.90 | 67.00 | 60.30 |
| 10/03/2007 | *Rec wages* | 1.40 | 67.00 | 93.80 |
| | | **2.30** | | **154.10** |

**Review Contracts/Invoices/Waivers/etc.**

| | | | |
|---|---|---|---|
| 10/03/2007 | *Review/look for invoices* | 0.20 | 67.00 | 13.40 |
| 10/22/2007 | *Review invoices* | 0.50 | 67.00 | 33.50 |
| 10/27/2007 | *Review invoices* | 0.30 | 67.00 | 20.10 |
| | | **1.00** | | **67.00** |

**Calculate Hours Worked**

| | | | |
|---|---|---|---|
| 10/27/2007 | *Calc hours* | 0.10 | 67.00 | 6.70 |
| 11/05/2007 | *Calc hours* | 0.10 | 67.00 | 6.70 |
| | | **0.20** | | **13.40** |

**Establish Payee Categories**

| | | | |
|---|---|---|---|
| 10/30/2007 | *Review disbursements of related company* | 0.30 | 67.00 | 20.10 |
| | | **0.30** | | **20.10** |

**Review Contracts/Invoices/Waivers/etc.**

| | | | |
|---|---|---|---|
| 10/31/2007 | *Review invoice* | 0.10 | 67.00 | 6.70 |
| | | **0.10** | | **6.70** |

# James Egan & Associates, Ltd.

### Detail Time Charges
### during the period of 8/1/2007 through 10/12/2009

| Client Number: 85018<br>Engagement Number: 20469<br>Client Name: RFM Enterprises, Inc. | Charged Hours | Billing | |
|---|---|---|---|
| | | Rate | Amount |

**Marc E. Ragona**

### Calculate Hours Worked

| | | | | |
|---|---|---|---|---|
| 10/31/2007 | *Calc hours* | 0.10 | 67.00 | 6.70 |
| | | **0.10** | | **6.70** |

### Review Income Tax Return(s)

| | | | | |
|---|---|---|---|---|
| 10/30/2007 | *Review income tax return of related company* | 0.20 | 67.00 | 13.40 |
| | | **0.20** | | **13.40** |

### Meetings/Consultations- Client/Rep

| | | | | |
|---|---|---|---|---|
| 11/05/2007 | *TF phone call - payment/invoice to Mayfield Development* | 0.10 | 67.00 | 6.70 |
| 01/22/2008 | *TF phone message - payroll for Timothy Anton* | 0.10 | 67.00 | 6.70 |
| 01/22/2008 | *TF phone call - payroll records for Timothy Anton* | 0.10 | 67.00 | 6.70 |
| | | **0.30** | | **20.10** |

### Meetings/Consultations- JE&A Personnel

| | | | | |
|---|---|---|---|---|
| 11/08/2007 | *Meeting - JES, tech rev adj* | 0.20 | 67.00 | 13.40 |
| | | **0.20** | | **13.40** |

### Meetings/Consultations- Employer

| | | | | |
|---|---|---|---|---|
| 09/06/2007 | *Phone call - schedule appointment* | 0.20 | 67.00 | 13.40 |
| 09/28/2007 | *Phone call - attempt to confirm appointment* | 0.10 | 67.00 | 6.70 |
| 10/02/2007 | *Meeting* | 0.10 | 67.00 | 6.70 |
| 10/03/2007 | *Meeting* | 0.30 | 67.00 | 20.10 |
| 10/03/2007 | *Meeting* | 0.20 | 67.00 | 13.40 |
| 10/22/2007 | *Phone call - related company records* | 0.10 | 67.00 | 6.70 |
| 10/26/2007 | *Phone call - additional job contracts and related company records* | 0.10 | 67.00 | 6.70 |
| 10/26/2007 | *Phone call - additional items requested* | 0.10 | 67.00 | 6.70 |
| | | **1.20** | | **80.40** |

### Correspondence- Client

| | | | | |
|---|---|---|---|---|
| 10/31/2007 | *TF corr - invoice for company on initiation request* | 0.10 | 67.00 | 6.70 |
| 01/22/2008 | *TF corr - payroll info for Timothy Anton* | 0.30 | 67.00 | 20.10 |
| | | **0.40** | | **26.80** |

### Correspondence- Employer

| | | | | |
|---|---|---|---|---|
| 10/03/2007 | *Prepare record request* | 0.20 | 67.00 | 13.40 |
| 10/30/2007 | *Prepare and send record request* | 0.10 | 67.00 | 6.70 |
| | | **0.30** | | **20.10** |

### Travel Time

| | | | | |
|---|---|---|---|---|
| 10/03/2007 | *Travel* | 1.20 | 67.00 | 80.40 |
| 10/03/2007 | *Travel* | 1.20 | 67.00 | 80.40 |
| | | **2.40** | | **160.80** |

| | | | | |
|---|---|---|---|---|
| | | **51.50** | | **3,450.50** |

# *James Egan & Associates, Ltd.*

## *Detail Time Charges*
### *during the period of 8/1/2007 through 10/12/2009*

| Client Number: 85018<br>Engagement Number: 50355<br>Client Name: RFM Enterprises, Inc. dba Newgrom Constr ( | Charged<br>Hours | Billing<br>Rate | Amount |
|---|---|---|---|

**Deena M. Rice**

**Pre-Engagement Planning**

| | | | | |
|---|---|---|---|---|
| 08/29/2007 | *Budget & Grade Eng* | 0.10 | 67.00 | 6.70 |
| | | **0.10** | | **6.70** |

**Expenses**

**Pre-Engagement Planning**

| | | | | |
|---|---|---|---|---|
| 08/27/2007 | *New Engagement preparation* | 0.20 | 67.00 | 13.40 |
| 09/04/2007 | *New Engagement preparation* | 0.10 | 67.00 | 6.70 |
| | | **0.30** | | **20.10** |

**James E. Santor**

**Assigned Administrative Duties**

| | | | | |
|---|---|---|---|---|
| 09/17/2007 | *Assign Due Date/Update Projected Submission* | 0.10 | 67.00 | 6.70 |
| 11/09/2007 | *Supervisory Review* | 0.10 | 67.00 | 6.70 |
| | | **0.20** | | **13.40** |

**Technical Review**

| | | | | |
|---|---|---|---|---|
| 11/07/2007 | *Technical Review* | 0.60 | 67.00 | 40.20 |
| 11/09/2007 | *Review Adjustments* | 0.30 | 67.00 | 20.10 |
| | | **0.90** | | **60.30** |

**Meetings/Consultations- Employer**

| | | | | |
|---|---|---|---|---|
| 10/12/2007 | *Phone Call/Christine (Co)/Outstanding Record Status* | 0.10 | 67.00 | 6.70 |
| | | **0.10** | | **6.70** |

**Supervisory Review**

| | | | | |
|---|---|---|---|---|
| 11/09/2007 | *Supervisory Review* | 0.10 | 67.00 | 6.70 |
| | | **0.10** | | **6.70** |

**Katherine A. Lopez**

**Technical Review**

| | | | | |
|---|---|---|---|---|
| 11/06/2007 | *Performed preliminary review* | 0.10 | 67.00 | 6.70 |
| | | **0.10** | | **6.70** |

**Marc E. Ragona**

**Post Review Adjustments**

| | | | | |
|---|---|---|---|---|
| 11/08/2007 | *Tech rev adj* | 0.60 | 67.00 | 40.20 |
| | | **0.60** | | **40.20** |

**Pre-Engagement Planning**

| | | | | |
|---|---|---|---|---|
| 10/02/2007 | *Preplanning* | 0.10 | 67.00 | 6.70 |
| | | **0.10** | | **6.70** |

# James Egan & Associates, Ltd.

### Detail Time Charges
### during the period of 8/1/2007 through 10/12/2009

| | | Charged Hours | Rate | Amount |
|---|---|---|---|---|
| **Client Number:** 85018 | | | **Billing** | |
| **Engagement Number:** 50355 | | | | |
| **Client Name:** RFM Enterprises, Inc. dba Newgrom Constr ( | | | | |

**Marc E. Ragona**

**Preparation- Audit Report(s)**

| | | Charged Hours | Rate | Amount |
|---|---|---|---|---|
| 11/05/2007 | *Remarks, print, review and submit* | 0.30 | 67.00 | 20.10 |
| | | **0.30** | | **20.10** |

**Conclude Workpapers and/or Report(s)**

| | | | | |
|---|---|---|---|---|
| 11/05/2007 | *Lead sheets, procedures, finish and print workpapers* | 1.20 | 67.00 | 80.40 |
| 11/09/2007 | *Sign and synopsis* | 0.10 | 67.00 | 6.70 |
| | | **1.30** | | **87.10** |

**Establish Employee Categories**

| | | | | |
|---|---|---|---|---|
| 10/02/2007 | *Emp cats/enter SUTA wages* | 0.80 | 67.00 | 53.60 |
| | | **0.80** | | **53.60** |

**Compile & Verify Individuals' Hours/Wage**

| | | | | |
|---|---|---|---|---|
| 10/02/2007 | *Rec hours* | 0.70 | 67.00 | 46.90 |
| | | **0.70** | | **46.90** |

**Meetings/Consultations- Employer**

| | | | | |
|---|---|---|---|---|
| 10/02/2007 | *Meeting* | 0.10 | 67.00 | 6.70 |
| | | **0.10** | | **6.70** |

**Travel Time**

| | | | | |
|---|---|---|---|---|
| 10/02/2007 | *Travel* | 1.10 | 67.00 | 73.70 |
| 10/02/2007 | *Travel* | 0.90 | 67.00 | 60.30 |
| | | **2.00** | | **134.00** |

| | | | | |
|---|---|---|---|---|
| | | **7.70** | | **515.90** |

# 08 CV 6058
## Exhibit D

CHICAGO REGIONAL COUNCIL OF )
CARPENTERS PENSION FUND and its )
Trustees, et al., )
                                        ) Case No. 08 C 6058
                     Plaintiffs, )
                 v. ) Judge Castillo
                                        )
RFM ENTERPRISES, INC., )
                                        )
                     Defendant. )

## DECLARATION OF KEVIN P. MCJESSY

       I, Kevin P. McJessy, hereby declare, under penalty of perjury pursuant to the laws of the United States, as follows:

       1.      I am one of the attorneys representing the Chicago Regional Council of Carpenters Pension Fund ("Pension Fund"), the Chicago Regional Council of Carpenters Welfare Fund ("Welfare Fund"), the Chicago and Northeast Illinois Regional Council of Carpenter Apprentice and Trainee Program ("Trainee Fund"), and the Labor/Management Union Carpentry Cooperation Promotion Fund ("Labor/Management Fund") (collectively "the Trust Funds") in the above-captioned lawsuit ("Lawsuit") against RFM Enterprises, Inc. ("Defendant").

       2.      I have been licensed to practice law in the State of Illinois and the United States District Court for the Northern District of Illinois since 1995. I am an attorney with McJessy, Ching & Thompson, LLC ("MC&T").

       3.      As part of my practice, I handle claims under ERISA. I personally represented the Trust Funds in this Lawsuit. I have represented the Trust Funds in this Lawsuit since its inception.

4. The Trust Funds have incurred $1,987.38 in fees and expenses to compel Defendant to comply with its obligations under the terms of the Collective Bargaining Agreement and applicable trust agreements. A redacted copy of the billing statement from MC&T from the inception of this lawsuit to the present, redacted to protect privileged communications, is attached as Exhibit P-1.

a) **Fees.** The Trust Funds have collectively incurred fees totaling $1,520.00 for 9.5 hours of attorney services. The hourly rate for attorneys at MC&T is $160 per hour. The Trust Funds have collectively incurred fees totaling $42.00 for 0.7 hours of paralegal time. The hourly rate for paralegals at MC&T is $60 per hour. The Trust Funds incurred these fees in connection with efforts to obtain Defendant's compliance with the terms of the Collective Bargaining Agreement and Trust Agreements.

b) **Costs.** The Trust Funds incurred $425.38 in expenses for court cost, process server charges, UPS and photocopy charges.

5. The attorneys' fees, paralegal fees and costs charged to the Trust Funds in this matter are consistent with MC&T's regular charges for services to the Trust Funds on similar matters.

6. I have personal knowledge of the matters stated in this affidavit and could testify competently to them.

FURTHER AFFIANT SAYETH NOT.

_____

Kevin P. McJessy

# 08 CV 6058
# Exhibit D-1

Client Ledger
ALL DATES

| Date Entry # | Received From/Paid To Explanation | Chq# Rec# | General Rcpts | Disbs | Fees | Bld Inv# Acc | Trust Activity Rcpts | Disbs | Balance |
|---|---|---|---|---|---|---|---|---|---|
| **1000** | **Chicago Regional Council of Carpenters** | | | | | | | | |
| **0112-RFME** | **RFM Enterprises, Inc.** | | | | | | **Resp Lawyer: RM** | | |
| Oct 21/2008 35151 | Lawyer: SK  0.20 Hrs X 60.00 Prepared attorney appearance, summons and civil cover sheet. | | | | 12.00 | 2840 | | | |
| Oct 21/2008 35690 | Lawyer: KM  1.80 Hrs X 160.00 Reviewed audit referral file; prepared draft complaint against RFM reviewed online materials related to corporation and business standing. | | | | 288.00 | 2840 | | | |
| Oct 22/2008 35171 | Lawyer: SK  0.30 Hrs X 60.00 Filed complaint, summons, civil cover sheet and appearance electronically with court. | | | | 18.00 | 2840 | | | |
| Oct 22/2008 35826 | Lawyer: KM  0.40 Hrs X 160.00 Telephone call with Dawn at Trust Fund Office re: ▆▆▆▆ ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ ▆▆▆▆ telephone call from N. Lagalo re: ▆▆▆▆▆▆▆▆ ▆▆▆▆▆▆▆▆▆▆▆▆; reviewed complete affidavit of Mr. Anton. | | | | 64.00 | 2840 | | | |
| Oct 28/2008 35248 | Lawyer: SK  0.20 Hrs X 60.00 Confer with C. Peterson of Newgrom re: Judge Castillo order; prepared email correspondence to C. Peterson forwarding Judge Castillo 10/28 order. | | | | 12.00 | 2840 | | | |
| Oct 31/2008 35272 | Judicial Attorney Services Process Server recovery - | 2676 | | 59.30 | | 2840 | | | |
| Oct 31/2008 35296 | Expense Recovery Photocopy Recovery | 00138 | | 1.08 | | 2840 | | | |
| Nov  6/2008 35359 | Lawyer: KM  0.20 Hrs X 160.00 Brief review of file materials before making telephone call to C. Peterson; telephone call to C. Peterson. | | | | 32.00 | 2841 | | | |
| Nov 10/2008 35377 | Lawyer: KM  0.20 Hrs X 160.00 Telephone call from Peterson at Newgrom Construction re: payment of audit, claim that employee completing affidavit was disgruntled and follow up. | | | | 32.00 | 2841 | | | |
| Nov 20/2008 35633 | Capital One Services Filing Fee - | 2693 | | 350.00 | | 2841 | | | |
| Nov 21/2008 36914 | Billing on Invoice 2840 FEES        394.00 DISBS 60.38 | | | 0.00 | | 2840 | | | |
| Dec 12/2008 37239 | Lawyer: KM  0.10 Hrs X 160.00 Reviewed court order from Judge Castillo re: entering relief and audit compliance. | | | | 16.00 | 2888 | | | |
| Dec 22/2008 36935 | Chicago Regional Council of Carpe PMT - | 00652 | 454.38 | | | | | | |
| Dec 23/2008 36954 | Billing on Invoice 2841 FEES        64.00 DISBS 350.00 | | | 0.00 | | 2841 | | | |
| Jan  9/2009 37414 | Billing on Invoice 2888 FEES        16.00 | | | 0.00 | | 2888 | | | |
| Jan 12/2009 37486 | Chicago Regional Council of Carpe PMT - | 00659 | 414.00 | | | | | | |
| Jan 28/2009 37660 | Chicago Regional Council of Carpe PMT - | 00666 | 16.00 | | | | | | |
| Mar  2/2009 39353 | Lawyer: KM  1.20 Hrs X 160.00 Reviewed audit file regarding production of records and dispute of audit.  Prepared correspondence to C. Peterson re: follow up on issues disputing audit, need to begin taking depositions and inquiry on whether RFM is represented by counsel; reviewed documents as necessary to prepare correspondence. | | | | 192.00 | 3115 | | | |
| Apr  8/2009 39783 | Billing on Invoice 3115 FEES        192.00 | | | 0.00 | | 3115 | | | |
| May  5/2009 40996 | Lawyer: ATT  1.40 Hrs X 160.00 Drafted motion for entry of final judgment and demand letter to RFM Enterprises. | | | | 224.00 | 3267 | | | |
| May  8/2009 40258 | Chicago Regional Council of Carpe PMT - | 00709 | 192.00 | | | | | | |
| May 29/2009 40661 | Expense Recovery Photocopy Recovery | 00151 | | 0.60 | | 3267 | | | |

| Date Entry # | Received From/Paid To Explanation | Chq# Rec# | General Rcpts | General Disbs | Fees | Bld Inv# Acc | Trust Activity Rcpts | Trust Activity Disbs | Trust Activity Balance |
|---|---|---|---|---|---|---|---|---|---|
| Jun 3/2009 41385 | Lawyer: KM 0.10 Hrs X 160.00 Prepared correspondence to N. Lagalo re: [REDACTED] | | | | 16.00 | 3287 | | | |
| Jun 4/2009 41404 | Lawyer: KM 0.10 Hrs X 160.00 Reviewed correspondence from N. Lagalo re: [REDACTED] Reviewed spreadsheets. | | | | 16.00 | 3287 | | | |
| Jun 9/2009 41617 | Lawyer: KM 0.60 Hrs X 160.00 Telephone call from R. Morgan re: response to my letter and follow up on audit dispute and disagreement with the individual. Reviewed file materials related to audit findings. | | | | 96.00 | 3287 | | | |
| Jun 12/2009 41203 | Billing on Invoice 3267 FEES 224.00 DISBS 0.60 | | | 0.00 | | 3267 | | | |
| Jun 30/2009 41471 | Expense Recovery Photocopy Recovery | 00154 | | 1.20 | | 3287 | | | |
| Jul 9/2009 41836 | Billing on Invoice 3287 FEES 128.00 DISBS 1.20 | | | 0.00 | | 3287 | | | |
| Jul 17/2009 41982 | UPS Courier - UPS - recovery - | 2887 | | 13.20 | | 3333 | | | |
| Jul 24/2009 42357 | Chicago Regional Council of Carpe PMT - | 00749 | 353.80 | | | | | | |
| Aug 5/2009 42827 | Billing on Invoice 3333 DISBS 13.20 | | | 0.00 | | 3333 | | | |
| Aug 21/2009 43038 | Chicago Regional Council of Carpe PMT - | 00759 | 13.20 | | | | | | |
| Sep 22/2009 43571 | Billing on Invoice 3440 | | | 0.00 | | 3440 | | | |
| Oct 6/2009 44538 | Lawyer: KM 2.10 Hrs X 160.00 Prepared motion for default judgment. Prepared declaration of K. McJessy re: attorneys' fees. Prepared declaration of J. Libby re: damages. Prepared declaration of J. Egan re: auditors fees. Prepared correspondence to J. Egan re: forwarding declaration for review and execution. Prepared draft order to be attached to motion for entry of default judgment. Prepared correspondence to client re: [REDACTED]. Reviewed file materials as necessary to prepare motion and declarations. | | | | 336.00 | | | | |
| Oct 22/2009 44377 | Lawyer: KM 1.10 Hrs X 160.00 Prepared declaration of J. Libby re: support audit and basis for bringing claim. Reviewed audit referal file including information on payments by RFM. Prepared correspondence to N. Lagalo re: [REDACTED] | | | | 176.00 | | | | |
| Oct 30/2009 44505 | Lawyer: KM 0.20 Hrs X 160.00 Telephone call with R. Morgan re: issues related to filing of motion for entry of default judgment. | | | | 32.00 | | | | |

| | UNBILLED CHE | + RECOV | + FEES | = TOTAL | BILLED DISBS | + FEES | + TAX | - RECEIPTS | BALANCES = A/R | TRUST |
|---|---|---|---|---|---|---|---|---|---|---|
| TOTALS | | | | | | | | | | |
| PERIOD | 0.00 | 0.00 | 544.00 | 544.00 | 425.38 | 1018.00 | 0.00 | 1443.38 | 0.00 | 0.00 |
| END DATE | 0.00 | 0.00 | 544.00 | 544.00 | 425.38 | 1018.00 | 0.00 | 1443.38 | 0.00 | 0.00 |

| | UNBILLED CHE | + RECOV | + FEES | = TOTAL | BILLED DISBS | + FEES | + TAX | - RECEIPTS | BALANCES = A/R | TRUST |
|---|---|---|---|---|---|---|---|---|---|---|
| FIRM TOTAL | | | | | | | | | | |
| PERIOD | 0.00 | 0.00 | 544.00 | 544.00 | 425.38 | 1018.00 | 0.00 | 1443.38 | 0.00 | 0.00 |
| END DATE | 0.00 | 0.00 | 544.00 | 544.00 | 425.38 | 1018.00 | 0.00 | 1443.38 | 0.00 | 0.00 |

REPORT SELECTIONS - Client Ledger
Layout Template                                    Default

# 08 CV 6058
# Exhibit E